THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MICHAEL CONFORTI, Appellant.

Submitted February 13, 1956; decided February 16, 1956.

Motion to amend remittitur denied. [See 309 N. Y. 923.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK J. NEWMAN, Appellant.

Submitted February 13, 1956; decided February 16, 1956.

Motion for enlargement of time granted and case set down for argument during the April, 1956, session of the Court of Appeals.